UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DEMETRIS GOLDSBERRY                                              PLAINTIFF

v.                      Civil No.6:15-CV-06071-PKH-MEF

C. COKE, ET. AL.                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE .

IT IS SO ADJUDGED this 7th day of March, 2016.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE